# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** ON SECOND AMENDED COMPLAINT
*(AVISO AL DEMANDADO):*
LOS ANGELES DEPARTMENT OF WATER AND POWER, a public entity; CITY OF LOS ANGELES, a public entity; SPECTRUM FIRE PROTECTION, a California Corporation; (See attachment for additional Defendants)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ABRAHAM ASCENCIO and MARIA DE JESUS PUENTES, individuals; (See attachment for additional Plaintiffs)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 08 2021

Sherri R. Carter, Executive Officer/Clerk
By: _____, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):* 19STCV43526

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Gregory P. Waters, Esq. (SBN: 241782) / Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, California 90067 - Phone No. (310) 552-3800

DATE: JUN 08 2021       SHERRI R. CARTER    Clerk, by **Maisha Pryor**, Deputy
*(Fecha)*               *(Secretario)*                           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB® Essential Forms
ceb.com

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

| SHORT TITLE: ASCENCIO v. LOS ANGELES DEPT OF WATER & POWER | CASE NUMBER: 19STCV43526 |
|---|---|

## INSTRUCTIONS FOR USE

➤ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➤ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

[X] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

KAREN and JULIO BACA, individuals; DOUG BEHR, an individual; KELLY BESHARATY, an individual; GERARD and CATHY BRESNAN, individuals; ROBERT BRIX, an individual; CAROL BROWN, an individual; JOSE LUIS CONTRERAS, CLAUDIA MONTENEGRO, ERIKA CONTRERAS (a minor, by and through her Guardian ad Litem), and LUIS ANGEL CONTRERAS (a minor, by and through his Guardian ad Litem), individuals; OLIVIA and CARMEN CORTEZ, ASHLEY ELIZARRARAS (a minor, by and through her Guardian ad Litem), and JASMINE ELIZARRARAS (a minor, by and through her Guardian ad Litem), individuals; KIMBERLY CROMAR and OLIVIA GUERRERO, individuals; HARRIET CROSS, an individual; JOHN DADRAS, an individual; SANDRA DAVIS, an individual; RAYMOND RICHARD and CHRISTINE DUARTE, individuals; BEVERLY DUPREE, an individual; DAVID and JESSICA DURAN, NICOLE DURAN, JULIE DURAN (a minor, by and through her Guardian ad Litem), and ANDREW DURAN (a minor, by and through his Guardian ad Litem), individuals; DORIAN ELLIS and SANDRA CEREH, BREANN ELLIS, ISABELLA ELLIS (a minor, by and through her Guardian ad Litem), KYLA ELLIS (a minor, by and through her Guardian ad Litem), SASHA ELLIS (a minor, by and through her Guardian ad Litem), individuals; LINDA and MARY FERA, individuals; LYNN FONTENETTE and DENISE DE JESUS, individuals; HAIG GANAJIAN and LINDA HICKS, individuals; NICOLAS GARCIA, an individual; SEBASTIAN and IARA GOTELIP, SASHA GOTELIP, and BRYAN GOTELIP, individuals; SHERI and JAMES GRAVES, individuals; JAVIER and MARIA HERNANDEZ, individuals; JEANNINE JACKSON, an individual; BRIAN JENSEN, an individual; SYLVIA JOHNSON, an individual; RUDY and GINA LAMY, individuals; CARMEN MARCANO, ANGELISA GONZALEZ, JESSICA BASULTO, TRISTAN and XAVIER CODEL, individuals; ANNETTE MCCULLOCH, an individual; JOSE MENDOZA, an individual; GABRIELA and CHRISTINA MONTES, RAFAEL PRECIADO, JESUS MENDEZ, JACOB ROJAS (a minor, by and through his Guardian ad Litem), ARLETH ROJAS (a minor, by and through her Guardian ad Litem), individuals; WALTER MOSCICKI, an individual; PAUL and COLLEEN PAPP, individuals; VICTORIA PLACENCIA, an individual; KARINA RAMIREZ, DANIEL RAMIREZ (a minor, by and through his Guardian ad Litem), and KAREN RAMIREZ (a minor, by and through her Guardian ad Litem), individuals; LISA ROWLAND, an individual; RANON and RHODA SAMUELS; individuals; LUIS SANDOVOL and YADIRA MARTINEZ, individuals; JEFF SMITH, an individual; ALFRED and RINA STEED, individuals; EDGAR VALENCIANA, an individual; DOUG and ANNA VASSAR, individuals; RUDY VELASQUEZ, an individual; MARIA DEL CARMEN VELEZ-CAL, an individual; JOSE and OMAR VILLAREAL, individuals; MARTELL and PRISCILLA WEBSTER, individuals; RODNEY WHITE, an individual; PAT and MARIA WILKINS, individuals;

Page 2 of 3

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

CEB Essential Forms
ceb.com

SUM-200(A)

| SHORT TITLE: ASCENCIO v. LOS ANGELES DEPT OF WATER & POWER | CASE NUMBER: 19STCV43526 |
|---|---|

## INSTRUCTIONS FOR USE

➢ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
➢ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☒ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

MHC SANTIAGO ESTATES LIMITED PARTNERSHIP, a business entity; EQUITY LIFESTYLE PROPERTIES, INC., a business entity; REALTY SYSTEMS, INC., a business entity; SANTIAGO ESTATES SAN FERNANDO VALLEY, a California Limited Partnership; MHC OPERATING LLC, a business entity; MHC PROPERTY MANAGEMENT, LIMITED PARTNERSHIP, a business entity; and DOES 1-100, inclusive,

Page 3 of 3

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

CEB Essential Forms
ceb.com